IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Vincent L. Barr, | ) | C.A. No. 2:06-3481-CMC-RSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION and ORDER** |
| | ) | |
| Williamsburg Co.; Stanley Pasely; | ) | |
| Sheriff Kelvin Washington; and | ) | |
| Officer Shannon Coker, | ) | |
| | ) | |
| Defendants. | ) | |
|  | ) | |

Plaintiff is a local detention center inmate who has filed this action *pro se* in this court. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Robert S. Carr for pre-trial proceedings and a Report and Recommendation. On December 18, 2006, the Magistrate Judge issued a Report recommending that the complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff filed objections to the Report on December 21, 2006.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with

instructions.  *See* 28 U.S.C. § 636(b).

After reviewing the record of this matter, the applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections, the court agrees with the conclusions of the Magistrate Judge.  Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order.  Plaintiff is subject to the "three strikes" provision of 28 U.S.C. § 1915(g), and this case does not fall into the narrow category of cases which are excepted from this statute.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina  
January 16, 2007

C:\Documents and Settings\Guest\Local Settings\Temp\notesE1EF34\06-3481 Barr v. Williamsburg County e adopt rr dism under 3 strikes.wpd